

# NUMBER 13-09-00084-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FRIZO VALERO,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 404th District Court
### of Cameron County, Texas.

---

### MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

This case is before the Court on the State's motion to dismiss the appeal for want of jurisdiction. Appellant's notice of appeal states that appellant's "'appeal' in this context on these facts means an application to such an original proceeding seeking a writ of prohibition with respect to this Court's order of January 29, 2009...." Appellant has also filed an original proceeding in this Court seeking a writ of prohibition. The State maintains

that appellant's notice of appeal does not invoke this Court's appellate jurisdiction over the matter and that appellant has acknowledged in his petition for writ of prohibition that he does not have the right to appeal the order complained of.

Appellant has responded to the State's motion to dismiss for want of jurisdiction conceding the State's motion to dismiss while contesting the accuracy of some of the statements and law set forth in the motion. Appellant acknowledges that this Court does not have appellate jurisdiction over this matter. Accordingly, the State's motion to dismiss is GRANTED and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed this 23rd day of April, 2009.

2